IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARLA M. WHITE,

          Plaintiff,

   v.

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

Civil No. 21-CV-12698

HON. ROBERT H. CLELAND

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of Plaintiff, reversing the Commissioner's decision and remanding this case to the Social Security Administration for further administrative proceedings, pursuant to the Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: March 2, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 2, 2023, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522